UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCHELL E. ROSENTHAL,

    Plaintiff,

                        Case No. 2:18-CV-10152
                        District Judge Paul D. Borman
                        Magistrate Judge Anthony P. Patti

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

---

## ORDER REQUIRING PLAINTIFF TO SUPPLEMENT HIS JANUARY 12, 2018 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (DE 2)

On January 12, 2018, Mitchell E. Rosenthal filed a complaint (DE 1) for judicial review of the Commissioner of Social Security's December 19, 2017 decision. On the same day, he also filed an application to proceed in district court without prepaying fees or costs (DE 2). Each of these filings was electronically filed by attorney Kenneth F. Laritz (P23711).

This case has been referred to the undersigned. (DE 3.) Having reviewed Plaintiff's application to proceed *in forma pauperis* (DE 2), the Court concludes that it is not in a position to rule at this time. The form application (AO 240) contains answers to most questions, but is noticeably unresponsive as to question 2 regarding

employment and gross pay or wages. (DE 2.) Upon consideration, Plaintiff's application (DE 2) is **HELD IN ABEYANCE**. Within ten (10) days of the date of this order, Plaintiff **SHALL** file a supplemental application which fully answers the questions asked, preferably with the assistance of his counsel.

**IT IS SO ORDERED.**

Dated: January 17, 2018

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on January 17, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti